UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAY CHARLES HARRIS,

    Plaintiff,

v.

PIERCE COUNTY JAIL CLASSIFICATION AND ADMINISTRATION OFFICE, et al.,

    Defendants.

CASE NO. C16-5044 BHS-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 20. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Plaintiff's request to dismiss Defendant Sergeant Alexander is granted. Defendant Alexander is dismissed from this action without prejudice.

Dated this 10th day May, 2016.

_____
BENJAMIN H. SETTLE
United States District Judge