UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAY CHARLES HARRIS,

        Plaintiff,

    v.

PIERCE COUNTY JAIL CLASSIFICATION AND ADMINISTRATION OFFICE, MARK LINDQUIST, G PERO, MASKO, ALEXANDER, C JAMES, T M DONALD, ROBERT M QUILLIAN, BARBARA COREY,

        Defendants.

CASE NO. 3:16-CV-05044-BHS-DWC

ORDER GRANTING ISSUANCE OF SUBPOENA

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Currently pending in this action is Plaintiff's Motion for Discovery ("Motion"). Dkt. 58.[1] Plaintiff requests the Court issue a subpoena to the Washington State Bar

---

[1] Also pending before the undersigned is Defendant Robert M. Quillian's Motion to Dismiss, which will be addressed in a separately filed Report and Recommendation. *See* Dkt. 55.

ORDER GRANTING ISSUANCE OF SUBPOENA
- 1

Association ("WSBA") for the production of the bar complaint pertaining to Defendant Barbara Corey. *Id*.

Federal Rule of Civil Procedure 45(a)(3) provides that: "[t]he clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it. That party must complete it before service." Further, "[i]f a subpoena commands the production of documents, electronically stored information or tangible things … before trial, then before it is served on the person to whom it is directed, a notice and a copy of the subpoena must be served on each party." Fed. R. Civ. P. 45(a)(4). Any person over the age of 18 and not a party may serve a subpoena but the party responsible for serving the subpoena must take reasonable steps to avoid imposing an undue burden or expense on a person subject to the subpoena. *See* Fed. R. Civ. P. 45(b) and (d).

Accordingly, the Court grants Plaintiff's Motion as follows: the Clerk's Office is directed to issue a signed blank subpoena and mail it to Plaintiff.

Dated this 30th day of September, 2016.

David W. Christel
United States Magistrate Judge

ORDER GRANTING ISSUANCE OF SUBPOENA
- 2