UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAY CHARLES HARRIS,

          Plaintiff,

    v.

PIERCE COUNTY JAIL CLASSIFICATION AND ADMINISTRATION OFFICE, MARK LINDQUIST, G PERO, MASKO, ALEXANDER, C JAMES, T M DONALD, ROBERT M QUILLIAN, BARBARA COREY,

          Defendants.

CASE NO. 3:16-CV-05044-BHS-DWC

ORDER DIRECTING DEFENDANT COREY TO ANSWER

    The District Court has referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. On June 28, 2016, the Clerk's Office mailed a waiver of service and the Amended Complaint to Defendant Barbara Corey. *See* Dkt. 49. Defendant Corey returned a signed waiver of service on July 6, 2016. *Id*. As Defendant Corey returned a signed waiver of service, she had until August 29, 2016 (60 days after the waiver of service was mailed) to file an answer or motion under Rule 12. *See id*. On September 28, 2016, Defendant

1  Corey filed a notice of appearance. Dkt. 61. However, Defendant Corey has not filed an answer
2  or other responsive pleading to the Amended Complaint.[1]
3      Accordingly, Defendant Corey is ordered to respond to the Amended Complaint (Dkt.
4  13) by October 24, 2016.
5      Dated this 3rd day of October, 2016.

David W. Christel
United States Magistrate Judge

---

[1] All remaining Defendants have filed an Answer other responsive pleading. *See* Dkt. 37, 55.