UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAY CHARLES HARRIS,

    Plaintiff,

v.

PIERCE COUNTY JAIL CLASSIFICATION AND ADMINISTRATION OFFICE, et al.,

    Defendants.

CASE NO. C16-5044 BHS-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 63. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Defendant Quillian's motion to dismiss (Dkt. 55) is denied.

Dated this 26th day of October, 2016.

                                                  BENJAMIN H. SETTLE
                                                United States District Judge