UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAY CHARLES HARRIS,<br><br>               Plaintiff,<br><br>   v.<br><br>PIERCE COUNTY JAIL CLASSIFICATION AND ADMINISTRATION OFFICE, et al.,<br><br>               Defendants. | CASE NO. C16-5044 BHS-DWC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT |

This matter comes before the Court on Plaintiff Ray Charles Harris's ("Harris") motion to alter or amend judgment (Dkt. 102).

On July 12, 2017, the Court adopted the Report and Recommendation by the Honorable David W. Christel, United States Magistrate Judge, granted Defendants' motion to dismiss, and denied Harris leave to amend. Dkt. 101. The Court detailed the extensive process of amendments leading to Harris's fourth amended complaint and the prospect of allowing Harris a fifth opportunity to amend his complaint. *Id*. at 3–4. Ultimately, the Court concluded that Harris had "failed to provide any argument or explanation on how further amendment would cure his deficient claims." *Id*. at 4. In the

current motion, Harris contends that he now understands what he must do in order to state a valid claim of conspiracy to poison him via his HIV medications.  Dkt. 102.  Harris's current contentions do not overcome the Court's conclusion that granting leave to amend a fifth time would be futile.  *Salameh v. Tarsadia Hotel*, 726 F.3d 1124, 1133 (9th Cir. 2013) ("A district court's discretion to deny leave to amend is 'particularly broad' where the plaintiff has previously amended.").  Therefore, the Court **DENIES** Harris's motion.

**IT IS SO ORDERED**.

Dated this 25th day of September, 2017.

BENJAMIN H. SETTLE
United States District Judge